John S. Delikanakis, Esq.
Nevada Bar No. 5928
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jdelikanakis@swlaw.com
    kbeverly@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited-liability company; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; MOUNTAIN GATE AT SUNRISE MOUNTAIN HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No. 2:16-cv-02621-RFB-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A., Defendant Las Vegas Development Group, LLC, and Defendant Absolute Collection Services, LLC, who are all the parties who have answered or appeared in this action, by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

///

///

///

Pursuant to Fed. R. Civ. P. 41, this matter, including all claims and counterclaims raised therein, may be dismissed with prejudice with each party to bear its own fees and costs.

Dated: August 15, 2018.

SNELL & WILMER L.L.P.

By: */s/ Kiah D. Beverly-Graham*
John S. Delikanakis, Esq.
Nevada Bar No. 5928
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff Wells Fargo Bank, N.A., Inc.*

Dated: August 15, 2018.

ROGER P. CROTEAU & ASSOCIATES

By: */s/ Timothy E. Rhoda*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 254-7775
Facsimile: (702) 228-7719

*Attorneys for Defendant Las Vegas Development Group, LLC*

Dated: August 15, 2018

ABSOLUTE COLLECTION
SERVICES, LLC

By: */s/ Shane D. Cox*
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd, Suite 201
Las Vegas, NV 89128

*Attorney for Absolute Collection Services, LLC*

## **ORDER**

**IT IS SO ORDERED.  The Clerk of the Court is instructed to close the case accordingly.**

———————————————
RICHARD F. BOULWARE, II
United States District Judge
DATE:   October 2, 2018